# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katiuska A. Montilla-Salcedo, | No. CV-26-00434-PHX-JJT (JFM) |
| Petitioner, | |
| v. | **ORDER** |
| Christopher McGregor, *et al.*, | |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging her immigration detention. After directing Respondents to respond, the parties briefed the matter. (Docs. 5, 9, 10). Thereafter, Petitioner's counsel filed a "Status Update" indicating that Petitioner has been released from custody. (Doc. 11). As such, no effective habeas corpus relief can now be granted, and the Petition is thus moot. If Petitioner is again detained by immigration authorities, she may initiate a new action to challenge that detention at that time.

Accordingly, **IT IS THEREFORE ORDERED** that:

(1)    The Petition for Writ of Habeas Corpus (Doc. 1) is **dismissed without prejudice** as moot.

(2)    The Clerk of Court must **enter judgement** accordingly, and close this case.

Dated this 16th day of April, 2026.

Honorable John J. Tuchi
United States District Judge